

# Fourth Court of Appeals
## San Antonio, Texas

March 9, 2022

No. 04-19-00534-CV

**EP ENERGY E&P COMPANY L.P.**,
Appellant

v.

**STOREY MINERALS, LTD**, Maltsberger/Storey Ranch, LLC, and Rene R. Barrientos, Ltd.,
Appellees

From the 81st Judicial District Court, La Salle County, Texas
Trial Court No. 18-05-00083-CVL
Honorable Russell Wilson, Judge Presiding

# O R D E R

Sitting:      Rebeca C. Martinez, Chief Justice
               Patricia O. Alvarez, Justice (not participating)
               Luz Elena D. Chapa, Justice
               Irene Rios, Justice
               Beth Watkins, Justice
               Liza A. Rodriguez, Justice
               Lori I. Valenzuela, Justice

On February 9, 2022, appellees filed a Motion for Rehearing and a Motion for En Banc Reconsideration. Appellees' Motions are **DENIED**.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 9th day of March, 2022.



Michael A. Cruz,
Clerk of Court